1
2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES MAXEY,                                 No. 2:13-cv-1875 GEB CKD PS

12                  Plaintiff,

13          v.                                    ORDER

14   TWIN RIVERS UNIFIED SCHOOL
     DISTRICT,
15
                    Defendant.
16

17

18          Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed

19   an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a),

20   1915(a). Plaintiff states he receives disability payments but does not state the amount and also

21   does not state the amounts of outstanding debts. Plaintiff will be provided the opportunity to

22   submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the

23   appropriate filing fee.

24          In accordance with the above, IT IS HEREBY ORDERED that:

25          1. Plaintiff shall submit, within fourteen days from the date of this order, either a

26   completed application and affidavit in support of his request to proceed in forma pauperis on the

27   form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply

28   with this order will result in a recommendation that this action be dismissed; and

                                                      1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated:  September 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 maxey-twinrivers.inc