1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMES MAXEY,                                    No.  2:13-cv-1875 GEB CKD PS

12                  Plaintiff,

13          v.                                        FINDINGS AND RECOMMENDATIONS

14    TWIN RIVERS UNIFIED SCHOOL
      DISTRICT, et al.,
15
                      Defendants.
16

17

18          By order filed October 3, 2013, plaintiff's complaint was dismissed and thirty days leave

19    to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff

20    has not filed an amended complaint or otherwise responded to the court's order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22    prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District Judge

24    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25    after being served with these findings and recommendations, any party may file written

26    objections with the court and serve a copy on all parties.  Such a document should be captioned

27    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

28    /////

                                                     1

1  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2  Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  Dated:  November 7, 2013

4  _____
   CAROLYN K. DELANEY

5  UNITED STATES MAGISTRATE JUDGE

6  4 maxey1875.fta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28